# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND GASTON POWELL, III, | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-348 |
| v. | : | |
| | : | (Judge Rambo) |
| MAIL INSPECTOR CHARLES MCKEOWN, *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 6th day of August 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for a continuance (Doc. No. 20) is **DENIED**;

2. Defendants' motion to dismiss (Doc. No. 13), construed as a motion for summary judgment on the issue of administrative exhaustion, is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. The motion (Doc. No. 13) is **GRANTED** with respect to Plaintiff's Eighth Amendment claim for failure to state a claim upon which relief may be granted and for failure to exhaust;

    b. The motion (Doc. No. 13) is **GRANTED** with respect to Plaintiff's First Amendment retaliation claims for failure to exhaust;

    c. The motion (Doc. No. 13) is **GRANTED** with respect to Plaintiff's Fourteenth Amendment due process claims against Defendants Mahally and Moslak for failure to state a claim upon which relief may be granted;

    d. The motion (Doc. No. 13) is **DENIED** with respect to Plaintiff's Fourteenth Amendment due process claims against Defendants McKeown and Gardzalla;

3. Because the Court has resolved all of Plaintiff's claims against them, Defendants Mahally and Moslak are **DISMISSED**, and the Clerk of Court is directed to terminate them as Defendants in the above-captioned case;

4. Within fourteen (14) days of the date of this Order, Defendants McKeown and Gardzalla shall file an answer to Plaintiff's complaint (Doc. No. 2); and

5. The parties are directed to complete discovery within six (6) months of the date on which Defendants McKeown and Gardzalla file their answer.

s/ Sylvia H. Rambo
United States District Judge