IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND GASTON POWELL, III,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-348 |
| v. | : | |
| | : | (Judge Rambo) |
| **MAIL INSPECTOR CHARLES MCKEOWN,** *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 11th day of June 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants McKeown and Gardzalla's motion for summary judgment (Doc. No. 41) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Charles McKeown and Lt. Gardzalla and against Plaintiff Raymond Gaston Powell, III, as to Plaintiff's Fourteenth Amendment due process claims against them; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge